UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,

        Petitioner,

-against-

CF 43 HOTEL, LLC; 250 WEST 43 OWNER LLC; 250 WEST 43 OWNER II LLC; 250 WEST 43 OWNER III LLC, d/b/a CARTER HOTEL,

        Respondents.

Civil Action No. 1:16-cv-05248(LAP)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all prior pleadings and accompanying exhibits, and proceedings herein, Petitioner New York Hotel & Motel Trades Council, AFL-CIO (the "Union"), by its attorneys Pitta LLP, hereby moves this Court, before the Honorable Loretta A. Preska, United States District Court Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting the Union's motion to confirm the arbitration awards of the Office of the Impartial Chairperson, Award No. 2015-37 and 38 dated July 3, 2015, and Award No. 2016-16 dated April 15, 2016, against Respondents CF 43 Hotel LLC et al ("Hotel").

PLEASE TAKE FURTHER NOTICE that, in accordance with the order of this Court dated March 31, 2017, any opposition/cross-motion papers must be filed and served by no later

than June 5, 2017, Union reply/opposition papers by June 16, 2017, and any Hotel reply papers by June 27, 2017.

Dated: May 4, 2017
      New York, New York

                                            PITTA LLP
                                            *Attorneys for Petitioner Union*

                                            By:_____
                                               Barry N. Saltzman
                                               (bsaltzman@pittalaw.com)
                                               Andrew D. Midgen
                                               (Amidgen@pittalaw.com)
                                               120 Broadway, 28th Floor
                                               New York, New York 10271
                                               (212) 652-3890 (phone)
                                               (212) 652-3891 (fax)

TO:    Arthur J. Robb, Esq.
          Clifton Budd & DeMaria, LLP
          350 Fifth Avenue, 61st Floor
          New York, NY 10118
          (212) 687-7410
          (212) 687-3285 (fax)

{00633850.DOCX / }