UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,

                      Petitioner,

-against-

CF 43 HOTEL, LLC, 250 WEST 43 OWNER, LLC,
250 WEST 43 OWNER II LLC, 250 WEST
OWNER III, LLC, d/b/a CARTER HOTEL,

                      Respondents.
-------------------------------------------------------------------X

**NOTICE OF CROSS-MOTION**

16-cv-5248(LAP)

     Please take notice that Respondents cross-move this Court for an Order dismissing the Petition and awarding such other and further relief as the Court deems proper and just.

     Attached hereto are true and accurate copies of the following: Exhibit A – Industry Wide Agreement (excerpted); Exhibit B – Respondents' Assumption Agreements; Exhibit C – Affidavit of Jack Graff; Exhibit D – 4/9/15 Request for Information; Exhibit E – Award No. 37-2015; Exhibit F – Award No. 38-2015; Exhibit G – Award No. 16-2016.

Dated: June 5, 2017
       New York, New York

                                      Respectfully submitted,
                                      CLIFTON BUDD & DeMARIA, LLP
                                      Attorneys for Respondents

                              By: _____
                                      Arthur J. Robb
                                      The Empire State Building
                                      350 Fifth Avenue 61st Floor
                                      New York, New York 10118
                                      (212) 687-7410