# EXHIBIT C

OFFICE OF THE IMPARTIAL CHAIRPERSON
-------------------------------------------------------------x
NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

|  |  |  |
|---|---|---|
|  | Petitioner, | #U15-228/Hearing |
| -against- |  |  |
| CARTER HOTEL , |  | AFFIDAVIT OF JACK GRAFF IN SUPPORT OF RESPONDENT'S LETTER BRIEF TO STRIKE PETITIONER'S REQUEST FOR INFORMATION. |
|  | Respondent. |  |

-------------------------------------------------------------x

STATE OF NEW YORK     )
                                       ) ss;
COUNTY OF NEW YORK  )

JACK GRAFF, being duly affirmed, deposes and says:

1.     On December 12, 2014, I executed the Assumption Agreement annexed hereto as Exhibit A.

2.     CF 43 Hotel LLC authorized me to execute the Assumption Agreement on its behalf.

3.     I disclosed to the Petitioner that I was an authorized agent of CF 43 Hotel LLC.

4.     I was never asked by anyone representing the Petitioner whether I had authority to bind any other entity to the Assumption Agreement.

5.     No one acting on behalf of the Petitioner asked me what other hotels might be affiliated to CF 43 Hotel LLC or the Respondent.

6.     To my knowledge, no member of CF 43 Hotel LLC directly communicated with the Petitioner on or before the time the Assumption Agreement was fully executed.

7.     At the time I executed the Assumption Agreement on behalf of CF 43 Hotel LLC, I was not authorized by any other entity to execute the Assumption Agreement on another entity's behalf.

8.     I did not disclose to the Petitioner that I was executing the Assumption Agreement on behalf of any other entity.

9.     It was my understanding at the time I executed the Assumption Agreement that the Petitioner knew I was only executing the Assumption Agreement on behalf of CF 43 Hotel LLC.

10.    To my knowledge, no words or conduct of any other entity were communicated to the Petitioner that would give rise to the Petitioner's belief that I was acting on behalf of another entity.

11.    I do not represent and have never represented Cassa Hotel and Residences Times Square ("Cassa").

12.    I have never been authorized to act on behalf of Cassa.

13.    To my knowledge, Cassa never communicated with the Petitioner anything that would give rise to the Petitioner's belief that I was acting on behalf of Cassa.

_____
JACK GRAFF


Sworn to before me this 16
day of June 2015


_____
LOIS HUTTER SANCHEZ
Notary Public, State of New York
No. 01HU5042516
Qualified in Queens County
Commission Expires April 24, 2019

2

Notary Public