# EXHIBIT D

New York Hotel and Motel Trades Council, AFL-CIO • 707 Eighth Avenue, New York, NY 10036 • Telephone (212) 245-8100 • Legal Department Fax (212) 977-4450 • www.hotelworkers.org

April 9, 2015
Via Electronic and Regular Mail

Carter Hotel
Jon Cruz
250 W. 43rd Street
New York, NY 10036

      RE:    Carter Hotel – Request for Information

Dear Mr. Cruz,

      The Union is investigating its rights under the Industry Wide Collective Bargaining Agreement and requests that you provide the following information in an electronically importable form and format to Deshawn Belton at dbelton@nyhtc.org no later than seven (7) business days from the receipt of this request for information:

1. The identity of each individual or entity which has an ownership, management, or control interest in 250 West 43 Owner LLC, 250 West 43 Owner II LLC, and 250 West 43 Owner III LLC and/or the Carter Hotel (collectively, "Hotel") and a detailed description of the interest of such.

2. The identity of each of the officers and directors of 250 West 43 Owner LLC, 250 West 43 Owner II LLC, and 250 West 43 Owner III LLC, and the title of each.

3. Identify any individual or entity named in response to Requests 1 or 2 who also has an ownership, management, or control interest, if any, in the Cassa Hotel and Residences Times Square located at 515 9th Avenue, New York, NY 10018.

4. A list of all other hotels, motels, inns, or other transient or semi-transient residential properties or operations, in which any individual or entity identified in response to Requests 1 or 2 has an interest, and a detailed description of each such interest.

5. Any governing documents relating to 250 West 43 Owner LLC, 250 West 43 Owner II LLC, and 250 West 43 Owner III LLC, including, but not limited to articles of incorporation, corporate bylaws, partnership agreements, or the like.

6. Any agreements between the 250 West 43 Owner LLC, 250 West 43 Owner II LLC, and 250 West 43 Owner III LLC, and any management company, operator, concessionaire, contractor, or the like with regard to the Carter Hotel.

7. Any and all documents relating or referring to the ownership, management or control of the Hotel, including, but not limited to, management agreements, leases, deeds, franchise agreements, renovation or construction agreements, licenses, EEO reports, DOL reports, mortgages, liens, purchase and sale agreements, etc.

8. Any documents or information in your possession regarding the ownership, management or control of the Carter Hotel.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Richard Maroko
General Counsel

cc: Joseph Chetrit