# EXHIBIT E

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036
TEL: (212) 541-7212  FAX: (212) 541-9356

#2015-37
Carter Hotel
July 3, 2015
Page 1 of 1

**EMPLOYER**:   Carter Hotel

HTC Case #U15-228/ Hearing requested by the New York Hotel and Motel Trades Council, AFL-CIO ("Union") against the Carter Hotel for failure and refusal to provide the Union with information since on or about April 20, 2015.

Hearing held at the Impartial Chairperson office on June 11, 2015.

**APPEARANCES:**

| | |
|---|---|
| For the Employer: | Jon Cruz, General Manager |
| Counsel for the Employer:<br>By: | Clifton Budd & DeMaria, LLP<br>Arthur J. Robb, Esq.<br>Nadav Zamir, Esq. |
| Counsel for the Receiver: | Stroock & Stroock & Lavan, LLP<br>Beth A. Norton, Esq. |

For the New York Hotel & Motel Trades Council, AFL-CIO:
Counsel:                    Pitta & Giblin LLP
      By:                   Joseph F. Farelli, Esq.

For the Union:              Richard Maroko, Esq.
                            Rolando Ruiz

### AWARD

The Union's application for an Order compelling the Hotel to fully comply with the Union's "Request for Information" ("RFI") is granted.

The Hotel's application to reject the RFI is denied.

It is hereby ordered that the Hotel shall fully comply with the RFI within ten (10) days from the date hereof.

An Opinion and Discussion setting forth the basis for this Order will follow subsequently. It is so ordered.

Dated:   July 3, 2015
         New York, New York

IRA DROGIN, under the penalties of perjury duly affirms that he is the arbitrator described herein, and that he executed the foregoing instrument.

IMPARTIAL CHAIRPERSON