

# PITTA LLP
Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Barry N. Saltzman**
**Partner**
Direct Dial: (212) 652-3827
bsaltzman@pittalaw.com

September 29, 2017

**BY ECF**

Hon. Loretta A. Preska, USDJ
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **New York Hotel Trades Council v. CF 43 Hotel, LLC et al.**
           **Civil Action: 16-cv-5248 (LAP)**

Dear Judge Preska:

As you know, this office represents Plaintiff New York Hotel & Motel Trades Council, AFL-CIO in this action. On behalf of the parties and respective counsel, I am pleased to inform you that the parties have reached an agreement in principal fully resolving this matter. Counsel will be reducing their agreement to a document for execution, and we hope to be filing a stipulation of dismissal for your signature shortly.

On behalf of the parties and their respective counsel, thank you for your patience and consideration throughout this litigation.

Respectfully yours,

Barry N. Saltzman

cc:    A.J. Robb, Esq. (By email, ECF)

{00640208.DOCX / }