

# PITTA LLP
Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Barry N. Saltzman**
**Partner**
Direct Dial: (212) 652-3827
bsaltzman@pittalaw.com

January 9, 2018

**BY ECF**

Hon. Loretta A. Preska, USDJ
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **New York Hotel & Motel Trades Council, AFL-CIO v. CF 43 Hotel, LLC et al. SDNY No. 16-cv-5248 LAP)**

Dear Judge Preska:

    On behalf of the parties and their respective counsel, I am pleased to inform you that the parties have resolved this action to their mutual satisfaction. Accordingly, they have signed the accompanying Stipulation of Dismissal and, if satisfactory to the Court, respectfully request that the Court "so order" the Stipulation.

    On behalf of all, thank you for your patience and consideration in this matter.

Respectfully yours,

Barry N. Saltzman

cc:    A.J. Robb, Esq. (By email, ECF)

{00643574.DOCX / }