UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,<br><br>                                    Plaintiff,<br><br>-against-<br><br>CF 43 HOTEL, LLC; 250 WEST 43 OWNER LLC; 250 WEST 43 OWNER II LLC; 250 WEST 43 OWNER III LLC, d/b/a CARTER HOTEL,<br><br>                                    Defendants. | No.: 16-cv-05248 (LAP)<br><br>**STIPULATION OF DISMISSAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/18

It is hereby stipulated by undersigned counsel for Plaintiffs and Defendants respectively, that this action, having been resolved to the satisfaction of each party, should be dismissed with prejudice, each party bearing its own costs and fees.

PITTA LLP

By: _____
Barry N. Saltzman
(bsaltzman@pittalaw.com)
120 Broadway, 28th Floor
New York, NY 10271
January 9, 2018

CLIFTON BUDD & DEMARIA, LLP

By: _____
Arthur J. Robb
ajrobb@cbdm.com
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, NY 10118
January 9, 2018

SO ORDERED

_____
U.S.D.J.
New York, NY
January 10, 2018

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_____
LORETTA A. PRESKA, U.S.D.J.

{00643578.DOCX / }